JEHIAL M. ROEDER, as Trustee in Bankruptcy of 24 WEST 33D STREET COMPANY, Appellant, *v.* OSCAR J. MAYER, Respondent.

*Roeder* v. *Mayer,* 189 App. Div. 935, appeal dismissed.
(Submitted March 1, 1920; decided March 9, 1920.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 29, 1919, unanimously affirming a judgment in favor of defendant entered upon an order of Special Term sustaining a demurrer to and directing a dismissal of the complaint.

The motion was made upon the ground that judgment of affirmance was unanimous and permission to appeal had not been obtained.

*Harold Nathan* for motion.

*Henry C. Quinby* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.